## Commonwealth *v.* Beard, Appellant.

Submitted September 14, 1970. *Ralph Beard,* appellant, in propria persona; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Beaufort, Appellant.

Argued September 22, 1970. *David I. Grunfeld,* with him *Steinberg, Greenstein, Richman & Price,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.